**FILED**
U.S. DISTRICT COURT
~~EASTERN DISTRICT ARKANSAS~~

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

AUG 10 2017

JAMES W. McCORMACK, CLERK
By:_____
                              DEP CLERK

UNITED STATES OF AMERICA

v.

JESSICA TUCKER MONK

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 4:15cr00038-12 JM

USM No. 29064-009

Lisa Peters
_____
Defendant's Attorney

**THE DEFENDANT:**

☑  admitted guilt to violation of condition(s)   General, Standard, Special   of the term of supervision.

☐  was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - General | Failure to report to probation when released from BOP | 05/08/2017 |
| 2 - Standard (3) | Failure to answer truthfully all inquiries by the officer | 06/01/2017 |
| 3 - Standard (6) | Failure to notify the probation officer of change of address | 05/16/2017 |
| 4 - Special | Failure to reside in residential re-entry center | 05/24/2017 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5952

Defendant's Year of Birth:   1982

City and State of Defendant's Residence:
Arkansas

08/08/2017
_____
Date of Imposition of Judgment

_____
Signature of Judge

U.S. DISTRICT JUDGE JAMES M. MOODY JR.
_____
Name and Title of Judge

8/10/17
_____
Date

DEFENDANT: JESSICA TUCKER MONK
CASE NUMBER: 4:15cr00038-12 JM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - General (3) | Failure to refrain from the use of a controlled substance | 05/31/2017 |
| 6 - Standard (7) | Failure to refrain from the use of a controlled substance | 05/31/2017 |

DEFENDANT: JESSICA TUCKER MONK
CASE NUMBER: 4:15cr00038-12 JM

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

10 MONTHS with no supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL